*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

PEOPLE OF THE STATE OF MICHIGAN,

       Plaintiff-Appellant,

v

GEORGE ALAN ROWSER,

       Defendant-Appellee.

UNPUBLISHED
September 3, 2020

No.  347307
Oakland Circuit Court
LC No.  2017-264602-FH

Before:  STEPHENS, P.J., and O'BRIEN and REDFORD, JJ.

O'BRIEN, J. (*concurring*).

       I concur in the result only.

       /s/ Colleen A. O'Brien